AARON D. FORD
  Attorney General
Jared M. Frost (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3177
Facsimile: (702) 486-3773
E-Mail: jfrost@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT BROWN, an individual; and ARSEMA HAGOS,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA EX REL. NEVADA STATE POLICE HIGHWAY PATROL; officer DANIEL S. MAREK, in his individual capacity,<br><br>        Defendants. | Case No. 2:24-cv-01994-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS' TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs ALBERT BROWN and ARSEMA HAGOS ("Plaintiffs"), by and through counsel, TAYLOR N. JORGENSEN, ESQ., and Defendants STATE OF NEVADA EX REL. NEVADA STATE POLICE HIGHWAY PATROL and DANIEL S. MAREK ("Defendants"), by and through counsel, AARON D. FORD, Nevada Attorney General, and JARED M. FROST, Senior Deputy Attorney General, hereby stipulate and agree to extend the time for Defendants to file a response to Plaintiffs' Complaint (ECF No. 1-2) for an additional fifty-eight (58) days as calculated from October 30, 2024. Plaintiff made service attempts on Defendants State of Nevada and Daniel Marek on September 27, 2024, and Defendants removed this action to federal court on October 23, 2024. Defendants request a new response deadline of December 27, 2024.

/ / /

This request is submitted pursuant to Local Rules IA 6-1 and 6-2 and is Defendants' first request for an extension of time to respond to the Complaint. Good causes exist for this extension. Defendants' counsel needs additional time to consult with Defendants to prepare and complete a response to the Complaint. The parties also need additional time to address any outstanding service defects and to explore the possibility of early resolution through negotiation. This Stipulation is sought in good faith and not for undue delay.

DATED this November 7, 2024.

LARGOMARSINO LAW

By: /s/ Taylor N. Jorgensen
Taylor N. Jorgensen, Esq., SBN 16259
3005 West Horizon Ridge Pkwy, Suite 241
Henderson, NV 89052

*Attorneys for Plaintiffs*

DATED this November 7, 2024.

AARON D. FORD
Nevada Attorney General

By: /s/ Jared M. Frost
Jared M. Frost, SBN 11132
Senior Deputy Attorney General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** Defendants shall file their response to the Complaint on or before December 27, 2024.

DATED: November 8, 2024

_____
UNITED STATES MAGISTRATE JUDGE