1  AARON D. FORD
   Attorney General
2  Jared M. Frost (Bar No. 11132)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, NV 89119
5  Telephone: (702) 486-3177
   Facsimile: (702) 486-3773
6  E-Mail: jfrost@ag.nv.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT BROWN, an individual; and ARSEMA HAGOS, <br><br> Plaintiffs, <br><br> vs. <br><br> THE STATE OF NEVADA EX REL. NEVADA STATE POLICE HIGHWAY PATROL; officer DANIEL S. MAREK, in his individual capacity, <br><br> Defendants. | Case No. 2:24-cv-01994-BNW <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

     Plaintiffs ALBERT BROWN and ARSEMA HAGOS ("Plaintiffs"), by and through counsel, TAYLOR N. JORGENSEN, ESQ., and Defendants STATE OF NEVADA EX REL. NEVADA STATE POLICE HIGHWAY PATROL and DANIEL S. MAREK ("Defendants"), by and through counsel, AARON D. FORD, Nevada Attorney General, and JARED M. FROST, Senior Deputy Attorney General, hereby stipulate and agree to dismiss this lawsuit with prejudice. Each party will bear their own attorney fees and costs.

/ / /

/ / /

/ / /

This stipulation is made and based on a settlement agreement signed by the parties. The parties further inform the Court they have resolved this matter in its entirety and the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED this 5th day of March, 2025.

LARGOMARSINO LAW

By: /s/ Taylor N. Jorgensen
Taylor N. Jorgensen, Esq., SBN 16259
3005 West Horizon Ridge Pkwy, Suite 241
Henderson, NV 89052

*Attorneys for Plaintiffs*

DATED this 5th day of March, 2025.

AARON D. FORD
Nevada Attorney General

By: /s/ Jared M. Frost
Jared M. Frost, SBN 11132
Senior Deputy Attorney General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119

*Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED.** The matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

**IT IS SO ORDERED**

**DATED:** 11:00 am, March 06, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**